# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1512
Lower Tribunal No. 2020-CA-008569-O

_____

OSCEOLA COUNTY, FLORIDA,

Appellant,

v.

ORANGE COUNTY, FLORIDA, VALERIE ANDERSON, individually and on behalf of FRIENDS OF SPLIT OAK FOREST, INC., and CHARLES O'NEAL, individually and on behalf of SPEAK UP WEKIVA, INC.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

November 18, 2025

PER CURIAM.

   AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Beverly A. Pohl, of Nelson Mullins Riley & Scarborough LLP, Boca Raton, and Todd K. Norman and Shaina Stahl, of Nelson Mullins Riley & Scarborough LLP, Orlando, for Appellant.

Jeffrey J. Newton, County Attorney, and Lee Bernbaum, Assistant County Attorney, of Orange County Attorney's Office, Orlando, for Appellee, Orange County, Florida.

No Appearance for Appellees, Valerie Anderson, individually and on behalf of Friends of Split Oak Forest, Inc., and Charles O'Neal, individually and on behalf of Speak Up Wekiva, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED